IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE HUNTINGTON NATIONAL BANK, *et al.*, | : | |
| | : | Case No. 2:05-cv-844 |
| Plaintiffs, | : | Judge Smith |
| v. | : | Magistrate Judge Abel |
| YVONNE D. LEWIS, *et al.*, | : | |
| Defendants. | | |

## **ORDER**

Defendants' September 26, 2005 motion for reconsideration of this Court's September 14, 2005 motion to remand this case back to state court (doc. 7) is **DENIED**.

 /S/ George C. Smith
George C. Smith, Judge
United States District Court